```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 19-00152-HWV
Gary J. Stopyra, Sr.                                                Chapter 13
Laurie A. Stopyra
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 2         Date Rcvd: Feb 21, 2019
                               Form ID: ntnew341            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
```
db/jdb         +Gary J. Stopyra, Sr.,    Laurie A. Stopyra,    3274 Scotland Road,    Chambersburg, PA 17202-9779
aty             Pamela P Keenan,    PO Box 19766,    Raleigh, NC 27619-9766
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
5154719        +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
5150310        +EnerBankUSA,    Attn: Bankruptcy,    1245 Brickyard Rd Ste 600,    Salt Lake City, UT 84106-2562
5160395        +FOUNDATION FINANCE COMPANY,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5164495        +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,   Suite 300,
                 Fishers, IN 46037-9764
5150312        +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,   Indianapolis, IN 46250-0401
5150314        +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
5150315        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5150317        +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
5152692         Pamela P. Keenan, Esq.,    Attorneys for Sharonview Federal Credit,    Post Office Box 19766,
                 Raleigh, NC 27619-9766
5150318        +Patriot Federal Cred,    800 Wayne Ave,    Chambersburg, PA 17201-3810
5150319        +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5150322        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
5150323        +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5150306        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 19:11:32     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5158094         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 19:11:34
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5150309        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 21 2019 19:12:41      Comenitybank/trwrdsv,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5150311         E-mail/Text: nwilliamson@foundationfinance.com Feb 21 2019 19:13:13
                 Foundation Finance Company,    Attn: Bankruptcy,    Po Box 437,    Schofield, WI 54476
5150313        +E-mail/Text: bncnotices@becket-lee.com Feb 21 2019 19:12:29      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5161322         E-mail/Text: bkr@cardworks.com Feb 21 2019 19:12:18     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5150316        +E-mail/Text: bkr@cardworks.com Feb 21 2019 19:12:18      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5150858        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 19:11:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5159941        +E-mail/Text: bankruptcy@patriotfcu.org Feb 21 2019 19:12:54      Patriot Federal Credit Union,
                 PO Box 778,    Chambersburg, PA 17201-0778
5150320        +E-mail/Text: collections@sharonview.org Feb 21 2019 19:12:44      Sharonview,    Po Box 2070,
                 Fort Mill, SC 29716-2070
5150321        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 19:11:53     Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5151815         Sharonview Federal Credit Union
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5150307*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5150308*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
Stephen Wade Parker    on behalf of Debtor 2 Laurie A. Stopyra Mooneybkecf@gmail.com,
 r61895@notify.bestcase.com
Stephen Wade Parker    on behalf of Debtor 1 Gary J. Stopyra, Sr. Mooneybkecf@gmail.com,
 r61895@notify.bestcase.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gary J. Stopyra Sr.,

**Debtor 1**

Laurie A. Stopyra,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−00152−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 21, 2019<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: February 21, 2019

ntnew341 (04/18)