CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 9/30/2018 to 10/6/2018
Check Date: 10/12/2018
Voucher Number: 16159813V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $945.70 | $7,348.83 |
| Withholdings | $49.31 | $468.58 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$896.39** | **$6,880.25** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $357.28 | $2,776.36 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $896.39 | $6,880.25 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $357.28 | | $2,776.36 |
| Per Diem | | | $588.42 | | $4,572.47 |
| **Total** | | **0.00** | **$945.70** | **0.00** | **$7,348.83** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 27.48 | | |
| **Total** | **27.48** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $22.15 | $172.14 |
| Medi (EE) | $5.18 | $40.26 |
| Fed. With. | $0.00 | $41.39 |
| PA SWT | $10.97 | $85.23 |
| MD-Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $10.11 | $10.11 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $0.00 | $41.12 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.90 | $0.90 |
| **Total** | **$49.31** | **$468.58** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 10/7/2018 to 10/13/2018
Check Date: 10/19/2018
Voucher Number: 16185349V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $675.58 | $8,024.41 |
| Withholdings | $35.48 | $504.06 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$640.10** | **$7,520.35** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $255.23 | $3,031.59 |

*\* Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $640.10 | $7,520.35 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $255.23 | | $3,031.59 |
| Per Diem | | | $420.35 | | $4,992.82 |
| **Total** | **0.00** | | **$675.58** | **0.00** | **$8,024.41** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 19.63 | | |
| **Total** | **19.63** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $15.82 | $187.96 |
| Medi (EE) | $3.70 | $43.96 |
| Fed. With. | $0.00 | $41.39 |
| PA SWT | $7.84 | $93.07 |
| MD-Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $7.22 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $0.00 | $41.12 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.90 | $1.80 |
| **Total** | **$35.48** | **$504.06** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 10/14/2018 to 10/20/2018
Check Date: 10/26/2018
Voucher Number: 16202606V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $550.56 | $8,574.97 |
| Withholdings | $32.01 | $536.07 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$518.55** | **$8,038.90** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $208.00 | $3,239.59 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $518.55 | $8,038.90 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $208.00 | | $3,239.59 |
| Per Diem | | | $342.56 | | $5,335.38 |
| **Total** | **0.00** | | **$550.56** | **0.00** | **$8,574.97** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 16.00 | | |
| **Total** | **16.00** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $12.90 | $200.86 |
| Medi (EE) | $3.02 | $46.98 |
| Fed. With. | $0.00 | $41.39 |
| PA SWT | $6.39 | $99.46 |
| MD-Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $3.54 | $44.66 |
| MD - Frederick County | $6.16 | $6.16 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$32.01** | **$536.07** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 10/28/2018 to 11/3/2018
Check Date: 11/9/2018
Check Number: 11062018

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,386.25 | $9,961.22 |
| Withholdings | $91.32 | $627.39 |
| Deductions | $1,294.93 | $1,294.93 |
| **Net Pay** | **$0.00** | **$8,038.90** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $510.25 | $3,749.84 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $0.00 | $8,038.90 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $510.25 | | $3,749.84 |
| Per Diem | | | $876.00 | | $6,211.38 |
| **Total** | | **0.00** | **$1,386.25** | **0.00** | **$9,961.22** |

## Other Benefits

| Description | Current Period | YTD |
|---|---|---|
| Worked Hrs | | |
| **Total** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $31.64 | $232.50 |
| Medi (EE) | $7.40 | $54.38 |
| Fed. With. | $12.85 | $54.24 |
| PA SWT | $15.66 | $115.12 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.67 | $53.33 |
| MD - Frederick County | $15.10 | $21.26 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$91.32** | **$627.39** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $1,294.93 | $1,294.93 |
| **Total** | **$1,294.93** | **$1,294.93** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 11/4/2018 to 11/10/2018
Check Date: 11/16/2018
Check Number: 11142018

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,246.25 | $12,524.82 |
| Withholdings | $78.12 | $790.90 |
| Deductions | $1,168.13 | $2,463.06 |
| **Net Pay** | **$0.00** | **$9,270.86** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $458.25 | $4,694.94 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $0.00 | $9,270.86 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $458.25 | | $4,694.94 |
| Per Diem | | | $788.00 | | $7,829.88 |
| **Total** | **0.00** | | **$1,246.25** | **0.00** | **$12,524.82** |

## Other Benefits

| Description | Current Period | YTD |
|---|---|---|
| Worked Hrs | | |
| **Total** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $28.41 | $291.09 |
| Medi (EE) | $6.64 | $68.08 |
| Fed. With. | $7.65 | $72.40 |
| PA SWT | $14.07 | $144.14 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $7.79 | $69.40 |
| MD - Frederick County | $13.56 | $49.23 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$78.12** | **$790.90** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $1,168.13 | $2,463.06 |
| **Total** | **$1,168.13** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

### Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 11/4/2018 to 11/10/2018
Check Date: 11/16/2018
Voucher Number: 16272173V

### Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,317.35 | $12,524.82 |
| Withholdings | $85.39 | $790.90 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$1,231.96** | **$9,270.86** |

### Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $486.85 | $4,694.94 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

### Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $1,231.96 | $9,270.86 |

### Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $486.85 | | $4,694.94 |
| Per Diem | | | $830.50 | | $7,829.88 |
| **Total** | **0.00** | | **$1,317.35** | **0.00** | **$12,524.82** |

### Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 37.45 | | |
| **Total** | **37.45** | **$0.00** | **$0.00** |

### Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $30.18 | $291.09 |
| Medi (EE) | $7.06 | $68.08 |
| Fed. With. | $10.51 | $72.40 |
| PA SWT | $14.95 | $144.14 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.28 | $69.40 |
| MD - Frederick County | $14.41 | $49.23 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$85.39** | **$790.90** |

### Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 11/11/2018 to 11/17/2018
Check Date: 11/23/2018
Voucher Number: 16290535V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,005.30 | $13,530.12 |
| Withholdings | $57.00 | $847.90 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$948.30** | **$10,219.16** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $370.60 | $5,065.54 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $948.30 | $10,219.16 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $370.60 | | $5,065.54 |
| Per Diem | | | $634.70 | | $8,464.58 |
| **Total** | | **0.00** | **$1,005.30** | **0.00** | **$13,530.12** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 28.51 | | |
| **Total** | **28.51** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $22.98 | $314.07 |
| Medi (EE) | $5.37 | $73.45 |
| Fed. With. | $0.00 | $72.40 |
| PA SWT | $11.38 | $155.52 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $6.30 | $75.70 |
| MD - Frederick County | $10.97 | $60.20 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$57.00** | **$847.90** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 11/18/2018 to 11/24/2018
Check Date: 11/30/2018
Voucher Number: 528713V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,006.49 | $14,536.61 |
| Withholdings | $58.48 | $906.38 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$948.01** | **$11,167.17** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $380.25 | $5,445.79 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $948.01 | $11,167.17 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $380.25 | | $5,445.79 |
| Per Diem | | | $626.24 | | $9,090.82 |
| **Total** | 0.00 | | **$1,006.49** | 0.00 | **$14,536.61** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 29.25 | | |
| **Total** | **29.25** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $23.58 | $337.65 |
| Medi (EE) | $5.51 | $78.96 |
| Fed. With. | $0.00 | $72.40 |
| PA SWT | $11.67 | $167.19 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $6.46 | $82.16 |
| MD - Frederick County | $11.26 | $71.46 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$58.48** | **$906.38** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

### Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 11/25/2018 to 12/1/2018
Check Date: 12/7/2018
Voucher Number: 547614V

### Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,302.35 | $15,838.96 |
| Withholdings | $76.00 | $982.38 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$1,226.35** | **$12,393.52** |

### Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $449.85 | $5,895.64 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.

### Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $1,226.35 | $12,393.52 |

### Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $449.85 | | $5,895.64 |
| Per Diem | | | $852.50 | | $9,943.32 |
| **Total** | **0.00** | | **$1,302.35** | **0.00** | **$15,838.96** |

### Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 38.75 | | |
| **Total** | **38.75** | **$0.00** | **$0.00** |

### Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $27.89 | $365.54 |
| Medi (EE) | $6.52 | $85.48 |
| Fed. With. | $6.81 | $79.21 |
| PA SWT | $13.81 | $181.00 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $7.65 | $89.81 |
| MD - Frederick County | $13.32 | $84.78 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$76.00** | **$982.38** |

### Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 12/2/2018 to 12/8/2018
Check Date: 12/14/2018
Voucher Number: 575405V

## Earnings

| Description | Hours Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|
| Regular Flat | | $497.90 | | $6,393.54 |
| Per Diem | | $847.00 | | $10,790.32 |
| **Total** | **0.00** | **$1,344.90** | **0.00** | **$17,183.86** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 38.50 | | |
| **Total** | **38.50** | **$0.00** | **$0.00** |

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,344.90 | $17,183.86 |
| Withholdings | $88.20 | $1,070.58 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$1,256.70** | **$13,650.22** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $30.87 | $396.41 |
| Medi (EE) | $7.22 | $92.70 |
| Fed. With. | $11.62 | $90.83 |
| PA SWT | $15.29 | $196.29 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.46 | $98.27 |
| MD - Frederick County | $14.74 | $99.52 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$88.20** | **$1,070.58** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $497.90 | $6,393.54 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $1,256.70 | $13,650.22 |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 12/9/2018 to 12/15/2018
Check Date: 12/21/2018
Voucher Number: 594826V

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,392.32 | $18,576.18 |
| Withholdings | $92.32 | $1,162.90 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$1,300.00** | **$14,950.22** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $514.15 | $6,907.69 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Checking ****8883 | $1,300.00 | $14,950.22 |

## Earnings

| Description | Hours Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|
| Regular Flat | | $514.15 | | $6,907.69 |
| Per Diem | | $878.17 | | $11,668.49 |
| **Total** | **0.00** | **$1,392.32** | **0.00** | **$18,576.18** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 39.55 | | |
| **Total** | **39.55** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $31.88 | $428.29 |
| Medi (EE) | $7.46 | $100.16 |
| Fed. With. | $13.24 | $104.07 |
| PA SWT | $15.78 | $212.07 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.74 | $107.01 |
| MD - Frederick County | $15.22 | $114.74 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$92.32** | **$1,162.90** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 12/16/2018 to 12/22/2018
Check Date: 12/28/2018
Check Number: 347646

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,350.59 | $19,926.77 |
| Withholdings | $91.32 | $1,254.22 |
| Deductions | $0.00 | $2,463.06 |
| **Net Pay** | **$1,259.27** | **$16,209.49** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $510.25 | $7,417.94 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Check | $1,259.27 | $1,259.27 |
| Checking ****8883 | $0.00 | $14,950.22 |

## Earnings

| Description | Hours Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|
| Regular Flat | | $510.25 | | $7,417.94 |
| Per Diem | | $840.34 | | $12,508.83 |
| **Total** | **0.00** | **$1,350.59** | **0.00** | **$19,926.77** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 39.25 | | |
| **Total** | **39.25** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $31.64 | $459.93 |
| Medi (EE) | $7.40 | $107.56 |
| Fed. With. | $12.85 | $116.92 |
| PA SWT | $15.66 | $227.73 |
| MD - Montgomery County | $0.00 | $77.43 |
| MD - Baltimore County | $0.00 | $17.33 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.67 | $115.68 |
| MD - Frederick County | $15.10 | $129.84 |
| PA - CHAMBERSBURG BORO LST (FRANKLIN) | $0.00 | $1.80 |
| **Total** | **$91.32** | **$1,254.22** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| _NET | $0.00 | $2,463.06 |
| **Total** | **$0.00** | **$2,463.06** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 12/23/2018 to 12/29/2018
Check Date: 1/4/2019
Check Number: 353380

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $473.85 | | $473.85 |
| Per Diem | | | $808.50 | | $808.50 |
| **Total** | **0.00** | | **$1,282.35** | **0.00** | **$1,282.35** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 36.75 | | |
| **Total** | **36.75** | **$0.00** | **$0.00** |

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $1,282.35 | $1,282.35 |
| Withholdings | $81.43 | $81.43 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,200.92** | **$1,200.92** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $29.38 | $29.38 |
| Medi (EE) | $6.87 | $6.87 |
| Fed. With. | $8.54 | $8.54 |
| PA SWT | $14.55 | $14.55 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $8.06 | $8.06 |
| MD - Frederick County | $14.03 | $14.03 |
| **Total** | **$81.43** | **$81.43** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $473.85 | $473.85 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Check | $1,200.92 | $1,200.92 |

## Deductions

- Federal Withholding
- PA - 280101 CHAMBERSBUR
- PA - CHAMBERSBURG BOR(
- PA SWT
- MD SWT

## Deduction Details

| Description | Value |
|---|---|
| Allowances | 2 |
| FilingStatus | Married |
| Supp. Withholding | 0 |
| Supp. Withholding Basis | Amount |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 12/30/2018 to 1/5/2019
Check Date: 1/11/2019
Check Number: 358660

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $420.00 | $1,702.35 |
| Withholdings | $23.99 | $105.42 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$396.01** | **$1,596.93** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $156.00 | $629.85 |

*\* Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.*

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Check | $396.01 | $1,596.93 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $156.00 | | $629.85 |
| Per Diem | | | $264.00 | | $1,072.50 |
| **Total** | **0.00** | | **$420.00** | **0.00** | **$1,702.35** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 12.00 | | |
| **Total** | **12.00** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $9.67 | $39.05 |
| Medi (EE) | $2.26 | $9.13 |
| Fed. With. | $0.00 | $8.54 |
| PA SWT | $4.79 | $19.34 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $2.65 | $10.71 |
| MD - Frederick County | $4.62 | $18.65 |
| **Total** | **$23.99** | **$105.42** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |

CertiSource National Staffing Solutions Inc
603 6th St. NW
Winter Haven, FL 33881
(863) 299-5015

## Personal & Check Information

Laurie Stopyra
3274 Scotland Rd
Chambersburg, PA 17202

Social Security Number: xxx-xx-7436
Employee Number: 101288

Pay Period: 1/20/2019 to 1/26/2019
Check Date: 2/1/2019
Check Number: 2412176

## Check Summary

| Description | Current Period | YTD |
|---|---|---|
| Gross Pay | $455.00 | $2,157.35 |
| Withholdings | $91.20 | $196.62 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$363.80** | **$1,960.73** |

## Taxable Earnings

| Description | Current Period | YTD |
|---|---|---|
| Gross Wages* | $455.00 | $1,084.85 |

*Includes earnings that are reported because they are taxable in some form. Payments such as reimbursements, expenses, etc. are not included.

## Net Pay Allocations

| Description | Current Period | YTD |
|---|---|---|
| Check | $363.80 | $1,960.73 |

## Earnings

| Description | Hours | Rate | Current Period | YTD Hours | YTD |
|---|---|---|---|---|---|
| Regular Flat | | | $455.00 | | $1,084.85 |
| Per Diem | | | | | $1,072.50 |
| **Total** | **0.00** | | **$455.00** | **0.00** | **$2,157.35** |

## Other Benefits

| Description | Qty. | Current Period | YTD |
|---|---|---|---|
| Worked Hrs | 35.00 | | |
| **Total** | **35.00** | **$0.00** | **$0.00** |

## Withholdings

| Description | Current Period | YTD |
|---|---|---|
| Fica (EE) | $28.21 | $67.26 |
| Medi (EE) | $6.60 | $15.73 |
| Fed. With. | $6.65 | $15.19 |
| PA SWT | $13.97 | $33.31 |
| MD - Montgomery County | $14.56 | $14.56 |
| PA - 280101 CHAMBERSBURG BORO (FRANKLIN) | $7.74 | $18.45 |
| MD - Frederick County | $13.47 | $32.12 |
| **Total** | **$91.20** | **$196.62** |

## Deductions

| Description | Current Period | YTD |
|---|---|---|
| **Total** | **$0.00** | **$0.00** |