```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00152-HWV
Gary J. Stopyra, Sr.                                                Chapter 13
Laurie A. Stopyra
         Debtors
                                   **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: DGeorge                Page 1 of 1                Date Rcvd: Jun 05, 2019
                                Form ID: orcnfpln            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db/jdb        +Gary J. Stopyra, Sr.,    Laurie A. Stopyra,    3274 Scotland Road,    Chambersburg, PA 17202-9779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                              Signature:   /s/Joseph Speetjens

---

                            **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Stephen Wade Parker    on behalf of Debtor 2 Laurie A. Stopyra Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Gary J. Stopyra, Sr. Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gary J. Stopyra Sr.,

**Debtor 1**

Laurie A. Stopyra,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–00152–HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on February 27, 2019. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: June 5, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

orcnfpln(05/18)