In re:                                                                    Case No. 19-00152-HWV
Gary J. Stopyra, Sr.                                                      Chapter 13
Laurie A. Stopyra
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1          Date Rcvd: Jan 22, 2020
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
5154719        +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Stephen Wade Parker    on behalf of Debtor 2 Laurie A. Stopyra Mooneybkecf@gmail.com,
          R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 1 Gary J. Stopyra, Sr. Mooneybkecf@gmail.com,
          R61895@notify.bestcase.com
          Thomas  Song    on behalf of Creditor    Freedom Mortgage Corporation pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-00152-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gary J. Stopyra, Sr.
3274 Scotland Road
Chambersburg PA 17202

Laurie A. Stopyra
3274 Scotland Road
Chambersburg PA 17202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/21/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/24/20

Terrence S. Miller
**CLERK OF THE COURT**