IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY J. STOPYRA SR.     CHAPTER 13
       LAURIE A. STOPYRA     CASE NO.: 1:19-bk-00152
                DEBTORS

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors Gary J. Stopyra Sr. and Laurie A. Stopyra for the above referenced case.

                                                          **By:** *Nicholas G. Platt*
                                                          Nicholas G. Platt 327239
                                                          MOONEY LAW
                                                          230 York Street
                                                          Hanover, PA 17331
                                                          ngp@mooney4law.com
                                                          (717) 632-4656 Phone
                                                          (717) 632-3612 Fax

Dated: June 29, 2021