United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                Case No. 19-00152-HWV

Gary J. Stopyra, Sr.                               Chapter 13

Laurie A. Stopyra

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5150312 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 18:48:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 5164495 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 18:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2023                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Nicholas G. Platt

on behalf of Debtor 1 Gary J. Stopyra  Sr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 2 Laurie A. Stopyra ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Robert Joseph Davidow

on behalf of Creditor Freedom Mortgage Corporation r.davidow@mgplaw.com

Thomas Song

on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GARY J. STOPYRA | : | CHAPTER 13 |
| LAURIE A. STOPYRA | : | |
| DEBTORS | : | CASE NO. 1:19-bk-00152-HWV |
| | : | |
| GARY J. STOPYRA | : | |
| LAURIE A. STOPYRA | : | |
| MOVANTS | : | |
| | : | |
| FREEDOM MORTGAGE SERVICES | : | |
| RESPONDENT | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |

### ORDER

Upon consideration of the Debtor's Motion to Sell Property of the Estate ("Motion"), Doc. 56, it is

ORDERED that the Motion is GRANTED. The Debtor is authorized to sell property of the estate under the terms stated in the Motion. All allowed unsecured claims are to be paid in full.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 18, 2023