# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Gary J. Stopyra, Sr.**
**Laurie A. Stopyra**
Debtor(s)

Case No. **1:19-bk-00152**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-3813**

Joint Debtor's Social Security Number: **xxx-xx-7436**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Gary J. Stopyra, Sr. and Laurie A. Stopyra**

Street: **3274 Scotland Road**

City, State and Zip: **Chambersburg, PA 17202**

Telephone #:

**Please be advised that effective September**
**my (our) new mailing address and telephone number is:**

| | | |
|---|---|---|
| Name: | **Gary J. Stopyra, Sr.** | **Laurie A. Stopyra** |
| Street: | **P.O. Box 13412** | **5126 Springhaven Road** |
| City, State and Zip: | **Trapper Creek, AK 99683** | **Orange Park, FL 32065** |
| Telephone #: | | |

**/s/ Gary J. Stopyra, Sr.**
**Gary J. Stopyra, Sr.**
Debtor

**/s/ Laurie A. Stopyra**
**Laurie A. Stopyra**
Joint Debtor