Certificate Number: 16339-PAM-DE-037855245

Bankruptcy Case Number: 19-00152



16339-PAM-DE-037855245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2023, at 6:25 o'clock PM EDT, Laurie Stopyra completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 16, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor