| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:19-bk-00152-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Wed Jan 25 16:03:03 EST 2023 | (p)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Comenitybank/trwrdsv<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| EnerBank USA<br>1245 East Brickyard Road, Suite 600<br>Salt Lake City, UT 84106-2562 | EnerBankUSA<br>Attn: Bankruptcy<br>1245 Brickyard Rd Ste 600<br>Salt Lake City, UT 84106-2562 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FOUNDATION FINANCE COMPANY<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (p)FOUNDATION FINANCE COMPANY<br>7802 MEADOW ROCK DRIVE<br>WESTON WI 54476-5262 | Freedom Mortgage<br>10500 Kincaid Drive<br>Fishers, Indiana 46037-9764 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>Po Box 50428<br>Indianapolis, IN 46250-0401 | Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Lincoln Automotive Financial Service<br>Attn: Bankruptcy<br>Po Box 542000<br>Omaha, NE 68154-8000 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Mario Hanyon<br>Brock and Scott, PLLC<br>Attorneys at Law<br>302 Fellowship Road, Ste 130<br>Mount Laurel, NJ 08054-1218 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773-9000 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pamela P Keenan<br>PO Box 19766<br>Raleigh, NC 27619-9766 | Pamela P. Keenan, Esq.<br>Attorneys for Sharonview Federal Credit<br>Post Office Box 19766<br>Raleigh, NC 27619-9766 |
| Patriot Federal Cred<br>800 Wayne Ave<br>Chambersburg, PA 17201-3810 | Patriot Federal Credit Union<br>PO Box 778<br>Chambersburg, PA 17201-0778 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sharonview<br>Po Box 2070<br>Fort Mill, SC 29716-2070 | Sharonview Federal Credit Union<br>PO Box 2070<br>Fort Mill, SC 29716-2070 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV  PO Box 9475<br>Minneapolis, MN 55440-9475 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VL FUNDING<br>c/o Navient Solutions, LLC<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Gary J. Stopyra Sr.<br>3274 Scotland Road<br>Chambersburg, PA 17202-9779 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Laurie A. Stopyra<br>3274 Scotland Road<br>Chambersburg, PA 17202-9779 | Nicholas G. Platt<br>Mooney Law<br>230 York Street<br>Hanover, PA 17331-3270 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Freedom Mortgage Corporation<br>c/o McCalla Raymer Leibert Pierce LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953 PO BOX 55000<br>DETROIT, MI 48255-0953 |
| Foundation Finance Company<br>Attn: Bankruptcy<br>Po Box 437<br>Schofield, WI 54476 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | (d)Pnc Bank<br>Atn: Bankruptcy Department<br>Po Box 94982: Ms: Br-Yb58-01-5<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sharonview Federal Credit Union　　(d)PRA Receivables Management, LLC　　(du)Sharonview Federal Credit Union
　　　　　　　　　　　　　　　　　　　　PO Box 41021
　　　　　　　　　　　　　　　　　　　　Norfolk, VA 23541-1021


**End of Label Matrix**
Mailable recipients　　44
Bypassed recipients　　 3
Total　　　　　　　　　47