United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gary J. Stopyra, Sr.  
Laurie A. Stopyra  
    Debtors

Case No. 19-00152-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jan 18, 2024      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary J. Stopyra, Sr., PO Box 13412, Trapper Creek, AK 99683-0412 |
| jdb | + | Laurie A. Stopyra, 5126 Springhaven Road, Orange Park, FL 32065-7226 |
| 5160395 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5442410 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5152692 | | Pamela P. Keenan, Esq., Attorneys for Sharonview Federal Credit, Post Office Box 19766, Raleigh, NC 27619-9766 |
| 5150318 | + | Patriot Federal Cred, 800 Wayne Ave, Chambersburg, PA 17201-3810 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 18 2024 18:53:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | EDI: AIS.COM | Jan 18 2024 23:54:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5150306 | + | EDI: CAPITALONE.COM | Jan 18 2024 23:54:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5158094 | | EDI: CAPITALONE.COM | Jan 18 2024 23:54:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5170519 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 19:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5150309 | + | EDI: WFNNB.COM | Jan 18 2024 23:54:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5154719 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 18 2024 18:53:00 | EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 5150310 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 18 2024 18:53:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 5168378 | | Email/Text: EBNBKNOT@ford.com | Jan 18 2024 18:53:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT 55953 PO BOX 55000, DETROIT, MI 48255-0953 |
| 5150311 | | Email/Text: administrative@foundationfinance.com | Jan 18 2024 18:53:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 5442411 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2024 18:53:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5150312 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2024 18:53:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5164495 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2024 18:53:00 | Po Box 50428, Indianapolis, IN 46250-0401 Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5292826 | | EDI: JEFFERSONCAP.COM | Jan 18 2024 23:54:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5292827 | | EDI: JEFFERSONCAP.COM | Jan 18 2024 23:54:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5150313 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 18 2024 18:53:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5150314 | + | Email/Text: EBNBKNOT@ford.com | Jan 18 2024 18:53:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5161322 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2024 19:07:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5150315 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 18 2024 18:53:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5150316 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2024 18:56:47 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5150317 | + | EDI: NAVIENTFKASMSERV.COM | Jan 18 2024 23:54:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 5172903 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2024 18:53:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5150319 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2024 18:53:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5170558 | | EDI: PRA.COM | Jan 18 2024 23:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5150858 | + | EDI: PRA.COM | Jan 18 2024 23:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5168368 | + | Email/Text: pkeenan@kirschlaw.com | Jan 18 2024 18:53:00 | Pamela P Keenan, PO Box 19766, Raleigh, NC 27619-9766 |
| 5159941 | + | Email/Text: bankruptcy@patriotfcu.org | Jan 18 2024 18:53:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5172921 | | EDI: Q3G.COM | Jan 18 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5150320 | + | Email/Text: assetrecovery@sharonview.org | Jan 18 2024 18:53:00 | Sharonview, Po Box 2070, Fort Mill, SC 29716-2070 |
| 5168369 | + | Email/Text: assetrecovery@sharonview.org | Jan 18 2024 18:53:00 | Sharonview Federal Credit Union, PO Box 2070, Fort Mill, SC 29716-2070 |
| 5175369 | + | EDI: AIS.COM | Jan 18 2024 23:54:00 | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N. Sante Fe Ave, Oklahoma City, OK 73118-7901 |
| 5150321 | + | EDI: SYNC | Jan 18 2024 23:54:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5176370 | + | Email/Text: bncmail@w-legal.com | Jan 18 2024 18:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5150322 | + | EDI: WTRRNBANK.COM | Jan 18 2024 23:54:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 5177901 | | Email/Text: electronicbkydocs@nelnet.net | Jan 18 2024 18:53:00 | UNITED STATES DEPARTMENT OF |

| Recip ID | Bypass/Delivery | Name and Address |
|---|---|---|
| 5150323 | + Email/Text: electronicbkydocs@nelnet.net Jan 18 2024 18:53:00 | EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973, US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 5176570 | EDI: NAVIENTFKASMSERV.COM Jan 18 2024 23:54:00 | VL FUNDING, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5151815 | | Sharonview Federal Credit Union |
| aty | * | Pamela P Keenan, PO Box 19766, Raleigh, NC 27619-9766 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5150308 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5150307 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Gary J. Stopyra Sr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Laurie A. Stopyra ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert Joseph Davidow | on behalf of Creditor Freedom Mortgage Corporation r.davidow@mgplaw.com |

Thomas Song     on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Gary J. Stopyra Sr. | Social Security number or ITIN: xxx–xx–3813 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Laurie A. Stopyra | Social Security number or ITIN: xxx–xx–7436 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:19-bk-00152-HWV | | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary J. Stopyra Sr.

Laurie A. Stopyra

1/18/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**